```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/29/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XAVIER WHITE,

            Plaintiff,

    -against-

PHASE ONE COMMUNICATIONS, INC., PHASE ONE NETWORK, INC., and FRANK BABAR, individually,

            Defendants.

22 Civ. 6603 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On August 19, 2022, the Court ordered Plaintiff to show cause in writing by August 25, 2022, why the case should not be dismissed for lack of subject matter jurisdiction. ECF No. 2. The August 19, 2022 order further stated that if Plaintiff fails to comply, the complaint would be dismissed for lack of subject matter jurisdiction. *Id*.

    The August 25, 2022 deadline has elapsed, and Plaintiff has not shown cause in writing, amended his complaint, or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED for failure to show subject-matter jurisdiction. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: August 29, 2022
       New York, New York

                              ANALISA TORRES
                            United States District Judge